UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEE WAYNE SIMPSON, | ) | 1:09-CV-00896 LJO GSA HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING PETITIONER'S |
| | ) | MOTION TO WITHDRAW MOTIONS |
| v. | ) | [Docs. #22, 23] |
| | ) | |
| LARRY SMALL, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | [Doc. #26] |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 19, 2010, Petitioner filed a notice of motion to compel discovery followed on January 21, 2010, with a motion to compel discovery. On March 1, 2010, he moved to withdraw the above motions and requested an extension of time to file a traverse.

Accordingly, good cause having been presented to the Court and good cause appearing therefor, Petitioner's motions are GRANTED. The notice and motion to compel discovery are DISMISSED, and Petitioner is GRANTED thirty (30) additional days from the date of service of this order to file a traverse.

IT IS SO ORDERED.

Dated:   **March 8, 2010**          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE